# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

───────────────────────

Case No. 6D2024-2263
Lower Tribunal No. 2022-CF-006833

───────────────────────

PATRICK THOMAS ALCEREAU,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

───────────────────────

Appeal from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

October 7, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and SMITH, JJ., concur.


Blair Allen, Public Defender, and Joe Caimano, Special Assistant Public Defender, Bartow for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen Randolph Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED